# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHRISTOPHER JONES                          PLAINTIFF

v.                No. 2:18-cv-32-DPM-JTR

JONNIE JONES, Sergeant; BOBBY
MAY, Sheriff; OTIS SMITH, Jailer,
St. Francis County Jail; and STEVE
ROUTON, Judge, District Court              DEFENDANTS

## ORDER

**1.** The Court withdraws the reference.

**2.** Jones hasn't updated his address or filed a substituted complaint; and the time to do so has passed. № 8, 9, 12 & 15. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

                                    *W.P. Marshall Jr.*
                                    D.P. Marshall Jr.
                                    United States District Judge

                                    31 October 2018