IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER JONES                                   PLAINTIFF

v.                      No. 2:18-cv-32-DPM

JONNIE JONES, Sergeant; BOBBY
MAY, Sheriff;   OTIS SMITH, Jailer,
St. Francis County Jail;   and STEVE
ROUTON, Judge, District Court                     DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2018